DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN OTERO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1524

[November 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 062020CF003829A88810.

Carey Haughwout, Public Defender, and Mara Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***